**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

|  |  |
|---|---|
| In re:<br>**Eric Jensen,**<br>　　　　　**Debtor.** | Case No. 23-10201-BFK<br>Chapter 7 |
| **Janet M. Meiburger, Trustee,**<br>　　　　　**Plaintiff,**<br>vs.<br>**Dena Jensen,**<br>　　　　　**Defendant.** | **Adversary Proceeding<br>No. 24-01055-BFK** |

## JOINT STIPULATION OF DISMISSAL

Plaintiff, Janet M. Meiburger, Trustee ("Trustee") and Defendant, Dena Jensen ("Mrs. Jensen") (collectively, the "Parties"), by and through their respective counsel herein, file this Joint Stipulation of Dismissal ("Stipulation of Dismissal") pursuant to Fed. R. Bankr. P. 7041 and Fed. R. Civ. P. 41, as made applicable by Fed. R. Bankr. P. 7041, and state:

1. On October 11, 2024, Meiburger filed a *Complaint* against Mrs. Jensen commencing the above-captioned adversary proceeding. On November 14, 2024, Mrs. Jensen filed an *Answer and Jury Demand* herein.

2. On March 11, 2025, the Court entered an *Order* (Docket No. 52) in Case No. 23-10201-BFK, approving the terms and conditions of a Settlement Agreement by and between the Parties dated February 13, 2025 (the "Agreement"), which compromises and settles the claims asserted by the Trustee in this adversary proceeding.

3. Under the terms of the *Agreement*, the Trustee has agreed to the dismissal of this adversary proceeding with prejudice.

WHEREFORE, pursuant to Fed. R. Civ. P. 41, as made applicable by Fed. R. Bankr. P. 7041, the Parties hereby stipulate to the dismissal of this action, with prejudice and without costs as to all parties referenced in the above-captioned matter.

Dated: March 17, 2025

So Stipulated:

/s/ Robert M. Marino
Robert M. Marino, Esq.  VSB#26076
REDMON, PEYTON & BRASWELL, LLP
510 King Street, Suite 301
Alexandria, VA 22314
Phone: 703-979-2676 (Direct)
Fax: 703-684-5109
Email: rmmarino@rpb-law.com
Counsel for Janet M. Meiburger, Chapter 7 Trustee

/s/ Daniel M. Press (with written permission)
Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for Dena Jensen